**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELVIRA GUTIERREZ,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, et al.,<br>Defendant. | CV 25-5149 PA (KSx)<br>JUDGMENT |

Pursuant to the Court's July 25, 2025 Minute Order granting the Motion to Dismiss for lack of subject matter jurisdiction filed by defendant U.S. Department of Veteran Affairs ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action commenced by plaintiff Maria Elvira Gutierrez ("Plaintiff") is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing and that Defendant shall have its costs of suit.

DATED: July 25, 2025

Percy Anderson
UNITED STATES DISTRICT JUDGE